**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50406.

March 30, 1970.

In re: Claudell Hammons applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

232 So.2d 520

**STATE of Louisiana ex rel.
Claudell HAMMONS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50415.

March 30, 1970.

In re: Claudell Hammons applying for writs of certiorari, mandamus, prohibition and habeas corpus.

Writs refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

232 So.2d 520

**Arthur R. ADAMS, Sr.**

**v.**

**Nina Baudier ADAMS.**

No. 50440.

March 30, 1970.

In re: Nina Baudier Adams applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 230 So.2d 411.

Writs refused. Application filed too late.

232 So.2d 520

**STATE of Louisiana ex rel. Edmond
K. RYAN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50445.

March 30, 1970.

In re: Edmond K. Ryan applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of either our original or supervisory jurisdiction.